UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO. <u>C-15-898M</u> |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| DAVID GARCIA | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and shows to the Court that **DAVID GARCIA, SID # 10097462,** is currently confined at the Nueces County Jail, Corpus Christi, Texas, is the defendant in the above-captioned case, which will be called for an Initial Appearance in the United States District Court for the Southern District of Texas, Corpus Christi Division before the United States Magistrate Judge B. Janice Ellington on the ____ day of _____, 2015 at _____ in Corpus Christi, Texas.

    Petitioner further represents that the Sheriff of Nueces County, Corpus Christi, Texas, will release the defendant into the custody of the United States Marshal or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the defendant's case is resolved he is to be returned by the United States Marshal into the custody of the Sheriff of Nueces County, Corpus Christi, Texas, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the _____ day of _____, 2015, at _____, so that he may be heard in this cause at that time.

        Respectfully submitted,

        KENNETH MAGIDSON
        UNITED STATES ATTORNEY

By:   s/ *Hugo R. Martínez*
        HUGO R. MARTINEZ
        Assistant United States Attorney
        800 N. Shoreline Blvd., Ste. 500
        Corpus Christi, Texas 78401
        PH:(361) 888-3111; FX:(361)888-3200
        Texas Bar No.   24046358
        Southern District No.   1108574

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. C-15-898M |
| | § | |
| vs. | § | |
| | § | |
| DAVID GARCIA | § | |

TO: Sheriff
Nueces County
Corpus Christi, Texas

TO: United States Marshal, Southern District of Texas, or any
authorized United States Marshal

GREETING:

We command that you have the body of **DAVID GARCIA, SID # 10097462,** currently confined at the Nueces County Jail, Corpus Christi, Texas, now duly committed to the custody of the Sheriff of Nueces County, Corpus Christi, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Corpus Christi Division at Corpus Christi, Texas, before the United States Magistrate Judge B. Janice Ellington, on the _____ day of _____, 2015 at _____ for an Initial Appearance, and there and at that time to be heard in the above-styled and numbered cause now pending against him in said Court; and immediately after the said case shall have been disposed of, that you return him to the custody of the Sheriff of Nueces County, Corpus Christi, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS, United States Magistrate Judge B. Janice Ellington, United States District Court for the Southern District of Texas, and the seal of said Court at the City of Corpus Christi, Texas, on this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE