UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 05 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. <u>C-15-898M</u> |
| vs. | § § | |
| DAVID GARCIA | § | |

TO: Sheriff
Nueces County
Corpus Christi, Texas

TO: United States Marshal, Southern District of Texas, or any authorized United States Marshal

GREETING:

We command that you have the body of **DAVID GARCIA, SID # 10097462**, currently confined at the Nueces County Jail, Corpus Christi, Texas, now duly committed to the custody of the Sheriff of Nueces County, Corpus Christi, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Corpus Christi Division at Corpus Christi, Texas, before the United States Magistrate Judge Jason B. Libby, on the __7th__ day of __August__, 2015 at __2:00 p.m.__ for an Initial Appearance, and there and at that time to be heard in the above-styled and numbered cause now pending against him in said Court; and immediately after the said case shall have been disposed of, that you return him to the custody of the Sheriff of Nueces County, Corpus Christi, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS, United States Magistrate Judge Jason B. Libby, United States District Court for the Southern District of Texas, and the seal of said Court at the City of Corpus Christi, Texas, on this ___ day of __August__, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST: 8-5-15 Date   # of pages
DAVID J BRADLEY, Clerk of Court
By_____ Deputy Clerk