UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 12 2015
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NUMBER |
| DAVID GARCIA | § § § | C-15-693 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about July 7, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

DAVID GARCIA,

with intent to defraud, did knowingly possess, pass, utter, publish and attempt to pass falsely made, forged and counterfeited obligations of the United States, that is, six(6) counterfeit Federal Reserve Notes in the denomination of fifty dollars ($50.00) bearing the serial number GG27205197A, which the defendant knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

COUNT TWO

On or about July 7, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

DAVID GARCIA,

with intent to defraud, did knowingly possess, pass, utter, publish and attempt to pass a falsely made, forged and counterfeited obligation of the United States, that is, one (1) counterfeit Federal

Reserve Note in the denomination of one hundred dollars ($100.00) bearing the serial number LG4257584C, which the defendant knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Section 472.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _/s/ Hugo R. Martinez_
HUGO R. MARTINEZ
Assistant United States Attorney