| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division
Magistrate No.:    C-15-898M

File:          INDICTMENT

Filed:         August 12, 2015

County:              Nueces

LIONS #:       2015R16875

CR. No.: **C-15-693**

Judge: **JUDGE JOHN D. RAINEY**

Attorneys:

United States of America

v.

DAVID GARCIA

KENNETH MAGIDSON, U.S. ATTORNEY
HUGO R. MARTINEZ, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s):   Cts. 1-2:  Did possess counterfeit obligations of the United States, knowing that said obligations were counterfeit: 18 USC 472.

Total Counts: (2)

Penalty:   Cts. 1-2:  Not more than 20 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment.

In Jail:   XXX

On Bond:

No Arrest: